AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Kurt Aclin and Beverly Aclin, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:15-cv-561-R |
| Pd-Rx Pharmaceuticals, Inc., et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Xanodyne Pharmaceuticals, Inc.
c/o Corporation Service Company
2711 Centerville Rd, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew J. Sill
SILL LAW GROUP PLLC
14005 N. Eastern Ave.,
Edmond, OK 73013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
12:06 pm, Jul 08, 2015
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-cv-561-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Xanodyne Pharmaceuticals, Inc.__
was received by me on *(date)* __7/8/2015__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lynanne Gares__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Corporation Service Company @ 2711 Centerville Rd., Suite 400, Wilmington DE 19808 @ 3:15p.m.__ on *(date)* __7/8/2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __7/8/2015__

*Thomas Williams*
Server's signature

Thomas Williams - Process Server
*Printed name and title*

First Legal Network - National
3600 Lime St., Suite 626
Riverside Ca 92501
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset