IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KURT ACLIN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 5:15-cv-00561-R |
| PD-RX PHARMACEUTICALS, INC., et al., | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO DISMISS
WITH PREJUDICE THE CLAIMS OF ALL REMAINING PLAINTIFFS
AGAINST XANODYNE PHARMACEUTICALS, INC. ONLY (DKT.  )**

IT IS HEREBY ORDERED that the joint motion for an order to dismiss the claims of all remaining plaintiffs against Xanodyne Pharmaceuticals, Inc., (Dkt.  ) in the above-captioned action is hereby GRANTED, and the claims of plaintiffs Shirley and Robert Benedetto against Xanodyne are dismissed with prejudice, with each party to bear its own fees and costs.

All plaintiffs in the above-captioned action have now dismissed their claims against Xanodyne. This order does not affect any plaintiff's claims against any other defendant.

**IT IS SO ORDERED** this 26th day of May, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE