# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KURT ACLIN and BEVERLY ACLIN, husband and wife; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PD-RX PHARMACEUTICALS INC., et al., <br><br> Defendants. | Civil Action No. 5:15-cv-00561-R |

## ORDER

Before the Court are joint motions to dismiss the claims of all Plaintiffs, except Frank Adams and Scarlett Adams, against Defendants Eli Lilly and Company, Teva Pharmaceuticals USA, Inc.; Defendant Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Defendants Neosan Pharmaceuticals, Inc., AAIPharma Development Services, Inc., AAIPharama, Inc., and AAIPharma, LLC; Defendants Cornerstone Biopharma, Inc., and Cornerstone Biopharma Holdings, LLC (formerly known as and sued herein as Cornerstone Biopharma Holdings, Inc.); Defendants Mallinckrodt Inc. and Covidien Inc.; and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. Doc. Nos. 211, 212.

Upon due consideration, the Court GRANTS the Motions. The claims of all Plaintiffs, except Frank Adams or Scarlett Adams, against these Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 1st day of June, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE